| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI CHOI, (WVBN 0722)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510)637-3705 |
| 7 | Fax: (510)637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00498 MJJ |
| Plaintiff, | ) | |
| | ) | SUBSTITUTION OF ATTORNEY |
| v. | ) | and ORDER |
| LAWRENCE LEE WILLIAMS, JR., | ) | |
| Defendant. | ) | |

Please take notice that as of July 21, 2006, the Assistant U.S. Attorney whose name, address and telephone number are listed below will be counsel for the government.

Assistant U.S. Attorney Michelle Morgan-Kelly
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3705
Michelle.Morgan-Kelly @ usdoj.gov

DATED: July 25, 2006           Respectfully submitted,

KEVIN V. RYAN
United States Attorney


                                /s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7/26/2006