1  BARRY J. PORTMAN
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   LAWRENCE LEE WILLIAMS
7

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
10

11 | UNITED STATES OF AMERICA, | CR 06-00366 MJJ
12 |         Plaintiff, | CR 06-00498 MJJ
13 |         v. | STIPULATION TO CONTINUANCE; [ ORDER
14 | LAWRENCE LEE WILLIAMS, |
15 |         Defendant. |

16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the status

18 hearing regarding defendant's supervised release violations, currently set for May 9, 2011 at 9:30

19 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for May 16, 2011 at 9:30 a.m..

20     The reason for this request is that Ellen Leonida, the undersigned Assistant Federal Public

21 Defender, is unavailable on May 9, 2011.

22

23

24

25

26
   CR-10-00042 SBA
   Stipulation to Continuance and Exclusion of Time
                                    1

Date: May 3, 2011

/s/
Ellen V. Leonida
Assistant Federal Public Defender
Counsel for defendant LAWRENCE LEE WILLIAMS

Date: May 3, 2011

/s/
Joseph Audal
Special Assistant United States Attorney

ORDER

The court finds that the continuance is necessary to accommodate continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 16, 2011 at 9:30 a.m., before the Oakland Duty Magistrate.

IT IS SO ORDERED.

 5/4/11
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE